Law Offices of MELISSA P. HARRIS
MARK J. BROWN, Esq.
Nevada Bar No.: 003687
750 E. Warm Springs Road
Suite 320, Box 19
Las Vegas, Nevada 89119
Telephone: (702) 387-8070
Facsimile: (877) 369-5819
Mark.Brown@thehartford.com
Attorney for Defendant,
WALTER H. KNOLL AND BARBARA J. KNOLL
And as TRUSTEES OF THE KNOLL FAMILY TRUST

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ROSALITA KUHL<br><br>Plaintiffs,<br><br>—vs—<br><br>WALTER H. KNOLL and BARBARA JEAN KNOLL, as co-trustees of the WALTER H. KNOLL AND BARBARA KNOLL FAMILY TRUST, an inter vivos trust and WALTER H. KNOLL and BARBARA JEAN KNOLL, individually<br><br>Defendants. | Case No.: 2:14-CV-00234-JAD-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Plaintiff ROSALITA M. KUHL's causes of action be dismissed with prejudice, and that all

///
///
///
///
///
///
///

The Law Offices of
MELISSA P. HARRIS
750 E. Warm Springs Rd.
Suite 320, Box 19
Las Vegas, NV 89119
Telephone: (702) 387-8070
Facsimile: (877) 369-5819

parties are to bear their own costs and attorney's fees. No motions are currently pending; however, Trial has been set for September 29, 2015.

DATED this 14 day of September, 2015.          DATED this 13th day of September, 2015.

Law Offices of MELISSA P. HARRIS              WILLIAM R. PENN, P.C.

_____               _____
MARK J. BROWN, ESQ.                           WILLIAM R. PENN, ESQ.
Nevada Bar No.: 003687                        Nevada Bar No.: 006086
750 E. Warm Springs Rd., Suite 320            519 Hall Street
Las Vegas, Nevada 89119                       Kingman, AZ 86401
Telephone: (702) 387-8070                     Telephone: (928) 753-1830
Attorney for Defendant,                       Attorney for Plaintiff,
WALTER H. KNOLL AND BARBARA J.                ROSALITA M. KUHL
KNOLL and as TRUSTEES OF THE KNOLL
FAMILY TRUST

## ORDER

Based on the parties' stipulation, IT IS HEREBY ORDERED this action is DISMISSED with prejudice, each side to bear its own fees and costs. The 10/26/2015 status hearing is hereby VACATED. The Clerk of Court is instructed to close this case.

Dated: September 15, 2015.

Submitted By:

Law Offices of MELISSA P. HARRIS

_____               _____
MARK J. BROWN, ESQ.                           UNITED STATES DISTRICT JUDGE
Nevada Bar No.: 003687
750 E. Warm Springs Rd., Suite 320
Las Vegas, Nevada 89119
Telephone: (702) 387-8070
Attorney for Defendant,
WALTER H. KNOLL AND BARBARA J.
KNOLL and as TRUSTEES OF THE KNOLL
FAMILY TRUST